Fill in this information to identity the case:

Debtor 1     Kirk Morrison
Debtor 2

United States Bankruptcy Court for the:     Eastern District of Michigan, Flint Division     District of
                                                                                                                        (State)
Case number     1631291

Official Form 410S2

**Notice of Postpetition Mortgage Fees, Expenses, and Charges** 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor:   MTGLQ Investors, L.P.                                      Court claim no. (if known)     1

**Last four digits** of any number you use to
identify the debtor's account:            1270

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

☐ No
☑ Yes. Date of the last notice:     05/21/2016

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1  Late Charges | | |
| 2  NSF Fees | | |
| 3  Attorneys Fees | | |
| 4  Filing Fees and Court Costs | 06/15/2016 | $427.50 |
| 5  Bankruptcy/Proof Of Claim Fees | | |
| 6  Appraisal / BPO Fees | | |
| 7  Property Inspection Fees | 06/27/2016 | $13.00 |
| 8  Tax Advances (Non-Escrow) | | |
| 9  Insurance Advances (Non-Escrow) 10 Property Preservation Expenses | | |
| 11 Other Fee 1     Title fee | 06/22/2016 | $250.00 |
| 12 Other Fee 2 | | |
| 13 Other Fee 3 | | |
| 14 Other Fee 4 | | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

| | | | |
|---|---|---|---|
| /s/ Stephanie St. Martin-Ancik | | Date | 08/10/2016 |
| Signature | | | |
| **Print:** Stephanie St. Martin-Ancik | | Title | Bankruptcy Case Manager |
| Company | Shellpoint Mortgage Servicing | | |
| Address | PO BOX 10826 | | |
| | Greenville SC 29603-0826 | | |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com |

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO BOX 10826<br>Greenville, SC  29603-0826 | Phone Number:	(800) 365-7107<br>Fax:	(866) 467-1137<br>Email:	mtgbk@shellpointmtg.com |

RE: Debtor 1   Kirk Morrison
     Debtor 2

Case No:   1631291

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  8/10/2016.

Eastern District of Michigan, Flint Division
600 Church Street
Federal Bldg.
Flint, MI  48502


Carl Bekofske
400 N Saginaw Street
Suite 331
Flint, MI  48503


James P. Frego, II
23843 Joy Road
Dearborn Heights, MI  48127


Kirk Morrison
551 S Kellogg Rd
Howell MI  48843


/s/ Stephanie St. Martin-Ancik