UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:
**Kirk Leslie Morrison,**   Case No. 16-31291-dof
Chapter 13
Hon. Daniel S Opperman

      Debtor.
_____/

## MTGLQ INVESTORS, L.P.OBJECTIONS TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

**PLEASE TAKE NOTICE** that MTGLQ INVESTORS, L.P. a secured creditor, objects to the Debtor's proposed Chapter 13 Plan:

1.    Debtor is indebted to MTGLQ INVESTORS, L.P., which holds a mortgage interest in real property owned by the Debtor and located at 51 Kellogg Genoa Township, MI 48843.

2.    Creditor objects to confirmation of Debtor's Chapter 13 Plan as the pre-petition arrearages of approximately $22,301.13 is significantly more than the $16,000.00 in debtors proposed plan. Accordingly, the plan is in violation of 11 U.S.C. Section 1325(a)(5) and 11 USC Section 1325(a)(6).

3.    Creditor demands debtor amend the chapter 13 plan to account for creditors arrearage claim and to comply with 11 USC Section

1322(b) and 11 USC Section 1325(a)(5).

4. Should debtor fail to amend the chapter 13 plan to account for creditors arrearage claim, Creditor demands the provisions of 11 USC Section 362 be vacated to allow Creditor to assert any and all available non-bankruptcy law remedies.

5. For the above stated reasons, MTGLQ INVESTORS, L.P. objects to Confirmation of Debtor's proposed Plan.

**WHEREFORE**, MTGLQ INVESTORS, L.P. requests that Debtor's proposed Chapter 13 Plan be amended to provide for the above stated objections.

                                    **FABRIZIO & BROOK, P.C.**

Dated: August 19, 2016      /s/ Brett A. Border
                                          BRETT A. BORDER (P65534)
                                          700 Tower Dr., Ste. 510
                                          Troy, MI 48098
                                          (248) 362-2600
                                          bankruptcy@fabriziobrook.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:
**Kirk Leslie Morrison,**            Case No. 16-31291-dof
                                     Chapter 13
                                     Hon. Daniel S Opperman

        Debtor.
_____/

## PROOF OF SERVICE

Julie Oumedian, says that on August 19, 2016, I served a copy of Objection to Confirmation upon the following parties either electronically, or by depositing in the U.S. Mail, postage prepaid:

Peter T. Mooney                    Carl Bekofske
Simen, Figura & Parker             400 N. Saginaw Street
5206 Gateway Centre #200           Suite 331
Flint, MI 48507                    Flint, MI 48502

Kirk Leslie Morrison
551 S. Kellogg
Howell, MI 48843

                                        /s/ Julie Oumedian
                                        Julie Oumedian
                                        700 Tower Drive, Ste 510
                                        Troy, MI 48098
                                        (248) 362-2600
                                        bankruptcy@fabriziobrook.com