UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: 16-31291 |
| | Chapter 13 |
| Kirk Morrison | Judge Daniel Opperman |
| Debtors | |

**Debtor's Chapter 13 Confirmation Hearing Statement**

At the next confirmation hearing in this case, the debtor intends to:

1.\_\_\_ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. \_\_\_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections:
    Issues:

    Creditor # 1:
    Objections:
    Issues:

    Creditor # 2:
    Objections:
    Issues

3. \_\_\_ Request an adjournment of the confirmation hearing to <u>November 15, 2016</u>, due to the following good cause: Debtor will be amending the plan.

4. \_\_\_ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. \_\_\_ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. \_\_\_ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

                                      Respectfully submitted,

                Simen, Figura & Parker, PLC

                /s/ Peter T. Mooney
                By:    Peter T. Mooney
                        Attorneys for Debtors
                        5206 Gateway Centre #200
                        Flint, MI 48507
                        (810) 235-9000
                Email:  pmooney@sfplaw.com
                Bar No:  (P47012)

Date: September 12, 2016