# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

In the Matter of:  
Kirk Leslie Morrison

File No.: 16-31291  
Chapter 13  
Judge Daniel Opperman

        Debtor

---

## ORDER CONFIRMING PLAN

    The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

    Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

    IT IS FURTHER ORDERED that the claim of Simen, Figura & Parker, PLC Attorneys for the Debtor(s), for the allowance of compensation and reimbursement of expenses shall file a fee application within 30 days of this order, which shall be paid by the Trustee as an administrative expense of this case.

    IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

    All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

    IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The Debtor(s)' Plan shall continue for no less than 60 months.

☒ Debtor's Plan payment shall increase to $2,897.96 as of the date of this order.

☒ Debtor shall pay 100 percent of all allowed unsecured claims plus 3 percent interest on those claims.

☒ Debtor shall maintain adequate insurance and pay all future property taxes in connection with 7494 Highbridge in Kaleva, MI.  If Debtor fails to do so the trustee, any creditor or any other party in interest may serve a notice on default on Debtor and his counsel giving debtor 30 days to cure.  Unless there is a cure or other order of the Court within that 30 day period, relief from stay shall be granted as to 7494 Highbridge after the 30 day period without further notice or hearing.

**Objections Withdrawn**

Approved:

| | |
|---|---|
| /s/ Carl L. Bekofske | /s/ Peter T. Mooney |
| Chapter 13 Standing Trustee | Peter T. Mooney |
| 400 N. Saginaw St, Ste 331 | 5206 Gateway Centre #200 |
| Flint MI 48502 | Flint, MI 48507 |
| (810) 238-4675 | (810) 235-9000 |
| ecf@flint13.com | pmooney@sfplaw.com |
| P10645 | P47012 |

Central State Bank
/s/ Jack D. Boynton
Jack D. Boynton (P23137)
109 E. Front Street, Ste. 200
Traverse City, MI 49684
(231) 421-8810
jboynton@calcutt-law.com

**Signed on November 16, 2016**

                                           **/s/ Daniel S. Opperman**
                                           **Daniel S. Opperman**
                                           **United States Bankruptcy Judge**