Fill in this information to identify the case:

Debtor 1: KIRK LESLIE MORRISON

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case Number: 16-31291

Official Form 410S1
# Notice of Mortgage Payment Change       12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: MTGLQ Investors, L.P.

**Court Claim no**. (If known): 1

**Date of Payment change:** 07/01/2018
Must be at least 21 days after date of this notice.

**Last 4 digits** of any number you use to identify the debtor's account: **1270**

**New total payment:**       **$ 684.30**
Principal, interest and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 324.92       **New escrow payment:** $ 337.35

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** %       **New interest rate:** %

**Current Principal and interest payment:** $       **New Principal and interest payment:** $

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

**Current Mortgage payment:** $       **New Mortgage payment:** $

Debtor 1  KIRK LESLIE MORRISON                              Case number (*if known*) 16-31291
            First Name    Middle Name    Last Name

## Part 4:  Sign here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ Ashish Rawat                              Date: 06/04/2018
       Signature

**Print:**  Ashish Rawat                             Title: Claims Processor
            First Name  Middle Name  Last Name

**Company**  AIS Portfolio Services, LP

**Address**  P.O. Box 201347
             Number      Street

             Arlington       TX         76006
             City            State      ZIP Code

**Contact Phone**  ((888) 455-6662           )           Email

| Case Name: | KIRK LESLIE MORRISON | ) | Case No. | 16-31291 |
|---|---|---|---|---|
| | | ) | Judge: | Daniel S. Opperman.Flint |
| | | ) | Chapter: | 13 |
| | Debtor(s). | ) | | |

# CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 06/04/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(b)(the "Bankruptcy Rules"), MTGLQ Investors, L.P. filed a Notice of Change of Mortgage Payment (the "Notice"). The Notice was filed due to a post-bankruptcy change of payment on the Debtor'(s) principal place of residence. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 06/04/2018 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
KIRK LESLIE MORRISON
551 S. KELLOGG,
HOWELL, MI 48843

I hereby certify that on 06/04/2018 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
CARL BEKOFSKE
400 N SAGINAW STREET, SUITE 331
FLINT, MI 48502

Debtor's counsel:
SIMEN FIGURA & PARKER
PETER T MOONEY
5206 GATEWAY CENTRE #200,
FLINT, MI 48507

All Parties in Interest
All Parties requesting Notice

By: /s/ Ashish Rawat
Ashish Rawat, AIS Portfolio Services, LP.
Authorized Agent for Shellpoint Mortgage Servicing



Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC  29601
For Inquiries:  (800) 365-7107

Final

Analysis Date: May 07, 2018
Loan: 1270

DIRK MORRISON
KIRK MORRISON
551 S Kellogg Rd
Howell MI  48843

Property Address:
551 Kellogg
Genoa Township, MI  48843

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul 01, 2018 | Prior Esc Pmt | July 01, 2017 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $346.95 | $346.95 | P & I Pmt: | $346.95 | Due Date: | Jan 01, 2017 |
| Escrow Pmt: | $305.06 | $337.35 | Escrow Pmt: | $324.92 | Escrow Balance: | ($13,195.77) |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $5,491.08 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $142.04 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $652.01 | $684.30 | Total Payment: | $671.87 | Anticipated Escrow Balance: | ($7,846.73) |

| Shortage/Overage Information | Effective Jul 01, 2018 |
|---|---|
| Upcoming Total Annual Bills | $3,778.62 |
| Required Cushion | $629.77 |
| Required Starting Balance | $2,092.93 |
| Escrow Shortage | ($9,939.66) |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $629.77. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below $629.77 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from July 2017 to June 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | $2,076.62 | ($11,703.13) |
| Jul 2017 | $312.85 | | $71.02 | $71.02 * | Lender Placed Hazard | $2,318.45 | ($11,774.15) |
| Aug 2017 | $312.85 | | $71.02 | $71.02 * | Lender Placed Hazard | $2,560.28 | ($11,845.17) |
| Aug 2017 | | | | $1,970.12 * | Town Tax | $2,560.28 | ($13,815.29) |
| Sep 2017 | $312.85 | | $1,955.44 | * | Town Tax | $917.69 | ($13,815.29) |
| Sep 2017 | | | $71.02 | $70.06 * | Lender Placed Hazard | $846.67 | ($13,885.35) |
| Oct 2017 | $312.85 | | $71.02 | * | Lender Placed Hazard | $1,088.50 | ($13,885.35) |
| Nov 2017 | $312.85 | $305.06 | $71.02 | $71.02 * | Lender Placed Hazard | $1,330.33 | ($13,651.31) |
| Nov 2017 | | | | $70.06 * | Lender Placed Hazard | $1,330.33 | ($13,721.37) |
| Dec 2017 | $312.85 | | $946.47 | $956.26 * | Town Tax | $696.71 | ($14,677.63) |
| Dec 2017 | | $305.06 | $71.02 | * | Lender Placed Hazard | $625.69 | ($14,372.57) |
| Jan 2018 | $312.85 | $305.06 | $71.02 | $71.02 * | Lender Placed Hazard | $867.52 | ($14,138.53) |
| Jan 2018 | | | | $71.02 * | Lender Placed Hazard | $867.52 | ($14,209.55) |
| Feb 2018 | $312.85 | $305.06 | $71.02 | * | Lender Placed Hazard | $1,109.35 | ($13,904.49) |
| Mar 2018 | $312.85 | $305.06 | $71.02 | $65.38 * | Lender Placed Hazard | $1,351.18 | ($13,664.81) |
| Apr 2018 | $312.85 | $305.06 | $71.02 | $71.02 * | Lender Placed Hazard | $1,593.01 | ($13,430.77) |
| May 2018 | $312.85 | $305.06 | $71.02 | $70.06 * | Lender Placed Hazard | $1,834.84 | ($13,195.77) |
| Jun 2018 | $312.85 | | $71.02 | * | Lender Placed Hazard | $2,076.67 | ($13,195.77) |
| | | | | | Anticipated Transactions | $2,076.67 | ($13,195.77) |
| May 2018 | | $5,186.02 P | $71.02 | | Lender Placed Hazard | | ($8,080.77) |
| Jun 2018 | | $305.06 P | $71.02 | | Lender Placed Hazard | | ($7,846.73) |
| | $3,754.20 | $7,626.50 | $3,754.15 | $3,770.10 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

For Inquiries: (800) 365-7107

Final

Analysis Date: May 07, 2018
Loan: ▮▮▮▮1270

**Annual Escrow Account Disclosure Statement - Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | ($7,846.73) | $2,092.93 |
| Jul 2018 | $314.89 | $71.02 | Lender Placed Hazard | ($7,602.86) | $2,336.80 |
| Aug 2018 | $314.89 | $71.02 | Lender Placed Hazard | ($7,358.99) | $2,580.67 |
| Sep 2018 | $314.89 | $1,970.12 | Town Tax | ($9,014.22) | $925.44 |
| Sep 2018 |  | $71.02 | Lender Placed Hazard | ($9,085.24) | $854.42 |
| Oct 2018 | $314.89 | $71.02 | Lender Placed Hazard | ($8,841.37) | $1,098.29 |
| Nov 2018 | $314.89 | $71.02 | Lender Placed Hazard | ($8,597.50) | $1,342.16 |
| Dec 2018 | $314.89 | $956.26 | Town Tax | ($9,238.87) | $700.79 |
| Dec 2018 |  | $71.02 | Lender Placed Hazard | ($9,309.89) | $629.77 |
| Jan 2019 | $314.89 | $71.02 | Lender Placed Hazard | ($9,066.02) | $873.64 |
| Feb 2019 | $314.89 | $71.02 | Lender Placed Hazard | ($8,822.15) | $1,117.51 |
| Mar 2019 | $314.89 | $71.02 | Lender Placed Hazard | ($8,578.28) | $1,361.38 |
| Apr 2019 | $314.89 | $71.02 | Lender Placed Hazard | ($8,334.41) | $1,605.25 |
| May 2019 | $314.89 | $71.02 | Lender Placed Hazard | ($8,090.54) | $1,849.12 |
| Jun 2019 | $314.89 | $71.02 | Lender Placed Hazard | ($7,846.67) | $2,092.99 |
|  | $3,778.68 | $3,778.62 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is ($7,846.73). Your starting
balance (escrow balance required) according to this analysis should be $2,092.93. This means you have a shortage of $9,939.66.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.
We anticipate the total of your coming year bills to be $3,778.62. We divide that amount by the number of payments expected during the coming year
to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $314.89 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $22.46 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $337.35 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $661.84 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**