| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kirk Leslie Morrison |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 16-31291-dof |

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 5 5 6

**Date of payment change:** Must be at least 21 days after date of this notice    04/01/2019

**New total payment:** Principal, interest, and escrow, if any    $ 346.95

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 337.35     New escrow payment: $ 0.00

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Debtor 1  Kirk Leslie Morrison                          Case number (if known) 16-31291-dof
          First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jon J. Lieberman                              Date  03/08/2019
  Signature

Print:   Jon J. Lieberman                           Title  Attorney for Creditor
         First Name   Middle Name   Last Name

Company  Sottile & Barile, Attorneys at Law

Address  P.O. Box 476
         Number    Street

         Loveland                  OH      45140
         City                      State   ZIP Code

Contact phone  513-444-4100                          Email  bankruptcy@sottileandbarile.com



**SERVICING CORPORATION**

323 Fifth Street, Eureka, CA 95501
P.O. Box 35, Eureka, CA 95502
Toll free Phone: 800-603-0836   Fax: 707-443-1562
8:00am – 5:00pm PST
Main Office NMLS #5985   Branch Office NMLS #9785

# Escrow Closing Notice

November 15, 2018

Dirk Morrison
551 S Kellogg Rd.
Howell MI 48843

Account #/Loan #: ▮
Property Address: 551 S Kellogg Road, Howell MI 48843
As of <u>11-15-2018</u> you will no longer have an escrow account (also called an "impound" or "trust" account) because:
- ☐ you asked us to close it.
- ☐ we are closing it (see tables below for escrow balance).

**After this date, you must directly pay your Homeowner's insurance and property taxes in one or possibly more large payments a year.**

| Cost to You | |
|---|---|
| **Escrow Closing Fee** *For closing your escrow account* | $0.00 |
| **Deficit Balance Due** *For taxes and/or insurance paid on your behalf* | ($13,771.17) *To be paid at a later date.* |

| Refund | |
|---|---|
| **Escrow Balance** *Escrow collected but not paid out* | $0.00 |

*In the future,*

If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property.

If you fail to pay any of your property costs, we may (1) add the amounts to your balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that we buy on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

Call Kathy Watson at <u>800-603-0836 ext. 2661</u> with any questions about the closing of your escrow account.
- ☐ We do not offer you the option of keeping the escrow account on your loan.
- ☐ Contact us by <u>(0-00-00)</u> if you want to keep the escrow account on your loan.

As of your <u>05-01-2017 due date</u>, your new payment amount will be:
- ☒ <u>$346.95</u> principal, interest only.
- ☐ <u>$0.00,</u> principal and interest plus repay of negative escrow balance.

*YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE.
IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.*
**Para información en español llame al (800) 603-0836 ext 2688**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### FLINT DIVISION

| | |
|---|---|
| In Re: | Case No. 16-31291-dof |
| Kirk Leslie Morrison | Chapter 13 |
| Debtor(s). | Judge Daniel S. Opperman |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on March 8, 2019 to the following:

Kirk Leslie Morrison, Debtor
551 S. Kellogg
Howell, MI 48843

Peter T. Mooney, Debtor's Counsel
pmooney@sfplaw.com

Carl Bekofske, Trustee
ECF@flint13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

    Respectfully Submitted,

    /s/ Jon J. Lieberman
    Jon J. Lieberman (P79786)
    Sottile & Barile, Attorneys at Law
    P.O. Box 476
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor